JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
ROBERT OLIVER (CA Bar No. 180318)
roliver@alvaradosmith.com
JENNY L. MERRIS (CA Bar No. 246088)
jmerris@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
PRESCIENT, INC.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIAD SAHAR, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>PRESCIENT, INC., a Florida corporation doing business as PRESCIENT ASSET MANAGEMENT; FEDERAL DEPOSIT INSURANCE CORPORATION, a corporation; and DOES 1 through 100, Inclusive,<br><br>                    Defendants. | **CASE NO.:** 10-cv-08628-R-E<br><br>**JUDGE:** Hon. Manuel L. Real<br><br>**JUDGMENT**<br><br>**TRIAL DATE**<br>**DATE:** July 3, 2012<br>**TIME:**  9:00 a.m.<br>**DEPT:** Dept. 8, 2nd Floor<br><br>**ACTION FILED:**   July 7, 2010 |

The matter of *Aviad Sahar v. Prescient, Inc. et al.* came on for trial on July 3, 2012.  Daniel B. Spitzer, Esq. appeared on behalf of plaintiff Aviad Shar, who was present in Court.  Robert Oliver, Esq. and Jenny L. Merris, Esq. appeared on behalf of defendant Prescient, Inc.  Olga Velasco, Prescient, Inc.'s corporate representative and staff counsel, was also present in Court.  At the conclusion of Plaintiff's case in chief, the Court rules as follows:

ALVARADOSMITH<br>A PROFESSIONAL CORPORATION<br>SANTA ANA

1

**[PROPOSED] JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.    Judgment shall be entered in favor of defendant Prescient, Inc. and against plaintiff Aviad Sahar.

2.    Plaintiff Aviad Sahar shall take nothing against defendant Prescient, Inc. in the above-captioned action.

3.    Defendant Prescient, Inc. shall recover from plaintiff Aviad Sahar the costs of suit relating to the Complaint.  Defendant Prescient, Inc., as the prevailing party, may file a Bill of Costs.

DATED:  July 20, 2012          By:_____

Hon. Manuel Real
Judge, United States District Court

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

2
**[PROPOSED] JUDGMENT**

3242526.1 -- DN37.2

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

Sahar v. Prescient, Inc., et al.

LASC –Van Nuys Case No.: LC090390 (removed)

USDC – Central Case No.: 2:10-CV-08628-R -E

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On July 20, 2012, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested parties in this action.

☒      by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

Daniel B. Spitzer, Esq.
Law Offices of Daniel B. Spitzer
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436

T  818.990.9700
F  818.990.9705
E  dspitzer@spitzeresg.com

Attorney for Plaintiff

☒      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**  The foregoing document will be served by the court via NEF.  On July 20, 2012 I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail List to receive NEF transmission at the email address(es) indicated in the attached service list.

☒      (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 20, 2012, at Santa Ana, California.

_____

Michelle E. Ault

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1

**[PROPOSED] JUDGMENT**